# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL W. KURTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-14-138-F |
| | ) |
| CAROLYN W. COLVIN, | ) |
| acting Commissioner Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on February 4, 2015, recommending that the commissioner's final decision denying plaintiff's application for disability benefits and supplemental security income under the Social Security Act be affirmed. Magistrate Judge Mitchell advised the parties of their right to object to the Report and Recommendation by February 24, 2015 and further advised the parties that failure to make timely objection waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation.

To date, no objection to the Report and Recommendation has been filed and no request for an extension of time to file an objection has been filed. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on February 4, 2015 (doc. no. 20) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant,

Carolyn W. Colvin, acting Commissioner of the Social Security Administration, denying plaintiff, Michael W. Kurtz's application for disability benefits and supplemental security income, is **AFFIRMED**. Judgment shall issue forthwith.

DATED February 25, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0138p002.wpd